No. 94–1498. ILLINOIS *v.* SALAZAR. Sup. Ct. Ill. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 94–1652. CHAMBERS ET AL. *v.* PELFREY. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.